1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS, LLP**
2  Terence S. Cox (SBN 076142)
   Marc T. Cefalu (SBN 203324)
3  190 The Embarcadero
   San Francisco, CA  94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Defendant
6  RUSSELL D. YOUNG

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11  HENRY JENKINS,                    )   Case No.: C05-5294-SBA
                                      )
12            Plaintiff,              )   **ORDER DISMISSING, WITHOUT**
                                      )   **PREJUDICE, DEFENDANT**
13      v.                            )   **RUSSELL D. YOUNG,**
                                      )   **INDIVIDUALLY AND**
14  RUSSELL D. YOUNG, *IN PERSONAM*,  )   **SUBSTITUTING THE F/V**
    AND F/V SMEAGOL, OFFICIAL NO.     )   **SMEAGOL, INC., AS A**
15  583-477, ITS ENGINES, TACKLE,     )   **DEFENDANT TO THE ACTION**
    APPAREL, FURNITURE, ETC. , *IN REM,* )
16                                    )
              Defendants.             )
17  _____  )

18     **PURSUANT TO THE STIPULATION OF THE PARTIES SUBMITTED ON**

19  **APRIL 13, 2006, IT IS HEREBY ORDERED THAT:**

20     (1)    The defendant Russell D. Young is dismissed, without prejudice, as an

21            individual defendant and that the F/V Smeagol, Inc., be substituted in his

22            place as a defendant to this action.

23     (1)    **IT IS FURTHER ORDERED THAT** the plaintiff, at his sole discretion,

24            will be entitled to further amend the Complaint naming Russell D. Young as

25            an individual defendant should he conclude in good faith that the evidence

26            warrants his including Russell D. Young as a party to the action.  Any such

27            amendment shall be made, filed and served at least thirty-five (35) days prior

28            to the close of fact discovery as set by the Court, may be personally served

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO,
CA  94105
TEL: 415-438-4600
FAX: 415-438-4601

SMEAGOL.Jenkins/2351

1    on defense counsel and will require a responsive pleading to be filed by Mr.

2    Young within two weeks of said service.

3    (2)   **IT IS FURTHER ORDERED THAT** an amended Complaint need not be

4    filed at this time and that the Complaint shall be deemed amended to

5    substitute the F/V Smeagol, Inc., as a defendant in place of Russell D. Young

6    individually.  All further filings in this action shall be made with the caption

7    being *Henry Jenkins v. F/V Smeagol, Inc., in personam, and the F/V*

8    *Smeagol, Official No. 583-477, its Engines, Tackle, Apparel, Furniture, etc.,*

9    *in rem.*

10

11   **IT IS SO ORDERED.**

12

13   Dated:  April 24, 2006                        By _____

                                                   The Honorable Saundra B. Armstrong
14                                                 United States District Judge

15

16                                                 Proposed Order Submitted by:

17   Dated:  April 27, 2006                        COX, WOOTTON, GRIFFIN,
                                                   HANSEN & POULOS, LLP
18                                                 Attorneys for Defendants

19

20                                                 By _____/S/_____
                                                   Terence S. Cox
21

22                                                 Approved as to Form by:

23   Dated:  April 27, 2006                        BANNING, MICKLOW, BULL & LOPEZ
                                                   Attorneys for Plaintiff
24                                                 HENRY JENKINS

25

26                                                 By _____/S/_____
                                                   Edward M. Bull, III
27

28

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO,
CA  94105
TEL: 415-438-4600
FAX: 415-438-4601

SMEAGOL.Jenkins/2351