COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Terence S. Cox (SBN 076142)
Marc T. Cefalu (SBN 203324)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendant
F/V SMEAGOL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HENRY JENKINS,<br><br>  Plaintiff,<br><br>v.<br><br>F/V SMEAGOL, INC., *IN PERSONAM*, AND F/V SMEAGOL, OFFICIAL NO. 583-477, ITS ENGINES, TACKLE, APPAREL, FURNITURE, ETC., *IN REM*,<br><br>  Defendants.<br><br>AND RELATED ACTION. | Case Nos.: C05-5294-SBA<br>06-03076 SBA (Consolidated)<br><br>STIPULATION OF DISMISSSAL; [PROPOSED] ORDER |

WHEREAS, the parties to these consolidated actions have agreed to a settlement of all claims;

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that these consolidated actions be dismissed with prejudice pursuant to FRCP 41(a)(1) with each party to bear their own costs and attorneys fees. Endorsement of this agreement may be by counterpart signatures.

Dated: January 8, 2008

BANNING, MICKLOW & BULL
Attorneys for Plaintiff
HENRY JENKINS

By _____
Edward M. Bull, III

-1-    Case Nos. C05-5294 SBA and 06-03076 SBA (Consolidated)

STIPULATION OF DISMISSAL; [PROPOSED] ORDER

Dated: January 8, 2008

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendant
F/V SMEAGOL, INC.

By: _____
Terence S. Cox

## ORDER

**PURSUANT TO STIPULATION IT IS HEREBY ORDERED THAT** these consolidated actions, Case Numbers C 05-5294 and C 06-3076 be dismissed with prejudice pursuant to FRCP 41(a)(1) with each party to bear their own costs and attorneys fees.

Dated: JANUARY 10, 2008

By: _____
Hon. Saundra B. Armstrong
U.S. District Court Judge

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO,
CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

SMEAGOL.Jenkins/2351

-2-    Case Nos. C05-5294 SBA and 06-03076 SBA (Consolidated)

STIPULATION OF DISMISSAL; [PROPOSED] ORDER